BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-CV-01223-JAM-AC |
|---|---|
| Plaintiff, | |
| v. | UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM AUGUST 23, 2013 TO SEPTEMBER 20, 2013;  ORDER |
| APPROXIMATELY $60,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States submits the following Request to Extend the Deadline to File a Joint Status Report from August 23, 2013 to September 20, 2013.

## Introduction

This is a civil forfeiture case, initiated by a complaint for forfeiture in rem filed on June 19, 2013.  The defendant currency, a total of approximately $60,000.00, was seized from DeAnna Bailey on January 24, 2013, at the Sacramento International Airport in Sacramento, California.  The complaint alleges that the defendant currency is forfeitable based on its alleged involvement in federal drug law violations.

All known potential claimants to the defendant currency were served in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and the applicable statutory authority.  Additionally, public notice on the official internet

government forfeiture site, www.forfeiture.gov, began on July 2, 2013 and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  ECF No. 8.

### Good Cause

There is good cause to extend the deadline to file a Joint Status Report from August 23, 2013 to September 20, 2013.  Counsel for potential claimant DeAnna Bailey, who filed a claim in the administrative forfeiture proceeding and was provided notice of this case, contacted the United States Attorney's Office to discuss the judicial forfeiture case.  Ms. Bailey is currently under indictment in the District of Maryland, charged with violations of money laundering and currency reporting statutes, 18 U.S.C. §§ 1956(h) & 1957, and 31 U.S.C. §§ 5218(g) & 5324(a)(1).  Her detention status is unknown.  In light of the criminal matter and other considerations, the United States agreed to extend Bailey's statutory deadline to file a claim until August 28, 2013.

For the reasons stated above, the United States seeks to extend the deadline to file a Joint Status Report from August 23, 2013 to September 20, 2013, or to extend the deadline to a date the Court deems acceptable.  The extension will allow a prospective claimant to enter the case and litigate her alleged interest in the defendant currency.  In the event Ms. Bailey does not file a claim, the United States will promptly take her default and move for a default judgment, thus concluding the case.  Further, no other party has contacted the United States to seek an extension to file a judicial claim to the defendant currency.

DATED: 8/22/13　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　By:　/s/ Kevin C. Khasigian
　　　　　　　　　　　　　　　　　　　　　KEVIN C. KHASIGIAN
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

## ORDER

Pursuant to the United States' request and good cause appearing, the Court makes the following order:

The deadline to file a Joint Status Report is continued from August 23, 2013 to September 20, 2013.

**IT IS SO ORDERED.**

Dated:  8/22/2013                              /s/ John A. Mendez
                                               JOHN A. MENDEZ
                                               United States District Court Judge